**Dated: April 27, 2012**
**The following is SO ORDERED:**

_____
Paulette J. Delk
**UNITED STATES BANKRUPTCY JUDGE**

_____

IT500

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                                                                          Chapter 13
SOLORES WOOTEN
Debtor(s)                                                                               Case No. 11-29759-D

ADMINISTRATIVE ORDER
ALLOWING CLAIMS

It appearing to the Court that the Standing Chapter 13 Trustee has shown the Court that he or she has examined the proofs of claim, objected to the allowance of such claims as appeared to be improper, and entered orders on claims that are prima facie improper. After such examination, objections and orders, the Trustee states that the following claims should be deemed allowed, and those listed 'not filed' should be noted.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BANK OF AMERICA HOME LOANS<br>PO BOX 650070<br>DALLAS, TX  75265 | | NO CLAIM FILED BY CREDITOR<br><br>[Paid Outside Plan] |
| SARAH BETH WILSON<br>COPELAND COOK TAYLOR & BUSH PA<br>PO BOX 6020<br>RIDGELAND, MS  39158 | | NO CLAIM FILED BY CREDITOR<br><br>[Collateral is being surrendered in full satisfaction of debt] |
| ORION FEDERAL CREDIT UNION<br>7845 HWY 64<br>MEMPHIS, TN  38133 | $2,966.09 | SECURED GENERALLY |

PAGE 2 - CHAPTER 13 CASE NO. 11-29759-D

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BENEFICIAL<br>PO BOX 3425<br>BUFFALO, NY 14240-9733 | | NO CLAIM FILED BY CREDITOR |
| CHADWICKS<br>PO BOX 659728<br>SAN ANTONIO, TX 78265 | | NO CLAIM FILED BY CREDITOR |
| PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA 23541 | $1,424.11 | UNSECURED (GENERAL) |
| PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA 23541 | $398.73 | UNSECURED (GENERAL) |
| FINGERHUT<br>PO BOX 166<br>NEWARK, NJ 07101 | | NO CLAIM FILED BY CREDITOR |
| METROSTYLE<br>PO BOX 659728<br>SAN ANTONIO, TX 78265 | | NO CLAIM FILED BY CREDITOR |
| QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA 98083 | $91.19 | UNSECURED (GENERAL) |
| OLD PUEBLO TRADERS<br>PO BOX 659465<br>SAN ANTONIO, TX 78265 | | NO CLAIM FILED BY CREDITOR |

PAGE 3 - CHAPTER 13 CASE NO. 11-29759-D

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA 98083 | $68.16 | UNSECURED (GENERAL) |
| SPRINGLEAF FINIANCIAL SERVICES<br>3850 AUSTIN PEAY STE 5<br>MEMPHIS, TN 38128 | $9,994.24 | UNSECURED (GENERAL) |
| WOMAN WITHIN<br>PO BOX 659728<br>SAN ANTONIO, TX 78265 | | NO CLAIM FILED BY CREDITOR |
| SHELBY COUNTY TRUSTEE<br>PO BOX 2751<br>MEMPHIS, TN 38101 | | UNSECURED (GENERAL)<br><br>[Add] |
| CITY OF MEMPHIS TREASURER<br>125 N MAIN ROOM 301<br>MEMPHIS, TN 38103 | | UNSECURED (GENERAL)<br><br>[Add] |
| ASSET ACCEPTANCE CORP<br>PO BOX 2036<br>WARREN, MI 48090-2036 | $2,782.08 | UNSECURED (GENERAL)<br><br>[Add] |
| QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA 98083 | $54.14 | UNSECURED (GENERAL)<br><br>[Add] |
| QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA 98083 | $47.26 | UNSECURED (GENERAL)<br><br>[Add] |

PAGE  4   -   CHAPTER 13 CASE NO.  11-29759-D

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| QUANTUM3 GROUP LLC<br>PO BOX 788<br>KIRKLAND, WA  98083 | $37.42 | UNSECURED (GENERAL)<br><br>[Add] |
| SARAH BETH WILSON<br>COPELAND COOK TAYLOR & BUSH PA<br>PO BOX 6020<br>RIDGELAND, MS  39158 | $47,793.04 | UNSECURED (GENERAL)<br><br>[Add] |

WHEREFORE, your Trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan and other orders of the Court.

/S/ George W. Stevenson
CHAPTER 13 TRUSTEE

Upon the foregoing motion, the court finds that the matters stated therein are true and, that;

Pursuant to Chapter 13 Rule 3007, the claims which have been filed as recited above shall be deemed allowed for the purpose of distribution unless objection is made by the debtor or other party in interest, within 30 days from the date of this order;

IT IS THEREFORE ORDERED, that a copy of this order and motion be mailed to the debtor(s) and to the debtor's attorney of record, and that the debtor(s) be given 30 days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper.  The absence of a timely written objection will be deemed approval by the debtor(s) of the claims as recited above and the claims shall be allowed for the purpose of distribution pursuant to the confirmed plan and other orders of this Court.

CC: George W. Stevenson
SP
    SOLORES WOOTEN
    1004 GARLAND ST
    MEMPHIS, TN  38107

    TONI CAMPBELL PARKER ATTY
    615 OAKLEAF OFFICE LANE #201
    MEMPHIS, TN  38117

```
                            United States Bankruptcy Court
                              Western District of Tennessee
In re:                                                               Case No. 11-29759-pjd
Solores Wooten                                                       Chapter 13
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0651-2          User: jackie                Page 1 of 3         Date Rcvd: Apr 27, 2012
                              Form ID: pdftr02            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2012.
db           +Solores Wooten,    1004 Garland St.,    Memphis, TN 38107-2915
cr            City of Memphis,    Linebarger, Goggan, Blair & Sampson, LLP,    One Commerce Square,
               40 N. Main, Suite 2250,    Memphis, TN 38103
cr          ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: PORTFOLIO RECOVERY ASSOCIATES, LLC,    POB 41067,    NORFOLK, VA 23541)
30347990     +Bank of America,    PO Box 650070,    Dallas, TX 75265-0070
30347991    #+Beneficial,    PO Box 3425,    Buffalo, NY 14240-3425
30347992      Chadwick,    Po Box 659728,    San Antonio, TX 78265-9728
30347993     +Chase,    201 N. Walnut St, #DE1-10,    Wilmington, DE 19801-2920
30397399      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
30365331     +City of Memphis,    Linebarger Goggan Blair & Sampson, LLP,    One Commerce Square,
               40 South Main Street, Suite 2250,    Memphis, TN 38103-5537
30347995      FingerHut,    PO Box 166,    Newark, NJ 07101-0166
30481608     +Hope Federal Credit Union,    c/o Sarah Beth Wilson,    Copeland, Cook, Tayor & Bush PA,
               PO Box 6020,    Ridgeland, MS 39158-6020
30347998      Metro Styles,    Po Box 659728,    San Antonio, TX 78265-9728
30347999      Newport,    PO box 659705,    San Antonio, TX 78265-9705
30348000     +Old Pueblo Traders,    PO Box 659465,    San Antonio, TX 78265-9465
30348001     +Orion Credit Union,    7845 Highway 64,    Memphis, TN 38133-4007
30348002      Roaman’s,    PO Box 659728,    San Antonio, TX 78265-9728
30348004      Woman Within,    PO Box 659728,    San Antonio, TX 78265-9728
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
30408037     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 27 2012 23:49:44      Asset Acceptance LLC,
               P.O. BOX 2036,    Warren, MI 48090-2036
30347996     +E-mail/Text: pjones@hopecu.org Apr 27 2012 23:54:37      Hope Credit Union,    3048 Harvester Lane,
               Memphis, TN 38127-1416
30423899      E-mail/Text: bnc-quantum@quantum3group.com Apr 27 2012 23:54:17
               Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
               Kirkland, WA 98083-0788
30363944      E-mail/Text: kmcclellan@shelbycountytrustee.com Apr 27 2012 23:53:13      Shelby County Trustee,
               P.O. Box 2751,    Memphis, TN 38101-2751
30348003     +E-mail/PDF: cbp@slfs.com Apr 28 2012 00:23:56      Spring Leaf Financial Services,
               3850 Austin Peay Hwy.,    Memphis, TN 38128-2517
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
30347997       Memphis Leasing
cr*           +Shelby County Trustee,    PO BOX 2751,    Memphis, TN 38101-2751
30347994*     +Chase,    201 N. Walnut St, #DE1-10,    Wilmington, DE 19801-2920
                                                                                TOTALS: 1, * 2, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0651-2          User: jackie              Page 2 of 3            Date Rcvd: Apr 27, 2012
                              Form ID: pdftr02          Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 29, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0651-2          User: jackie              Page 3 of 3              Date Rcvd: Apr 27, 2012
                              Form ID: pdftr02          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2012 at the address(es) listed below:

```
              Elijah   Noel    on behalf of Creditor   Shelby County Trustee en@harrisshelton.com,
               ehord@shelbycountytrustee.com
              George W. Stevenson Chapter 13    ch13gws@gmail.com
              Hope Federal Credit Union    bleech@cctb.com
              Melissa L. Palo    on behalf of Creditor   City of Memphis melissa.palo@publicans.com,
               Karen.George@publicans.com
              Paul   Blake    on behalf of Creditor   Hope Federal Credit Union pblake@cctb.com,
               cmulholland@cctb.com;druhl@cctb.com;sbwilson@cctb.com;cmeredith@cctb.com;bleech@cctb.com;jluckett
               @cctb.com
              Toni Campbell Parker    on behalf of Debtor Solores Wooten tparker002@att.net
              U.S. Trustee    ustpregion08.me.ecf@usdoj.gov
                                                                                             TOTAL: 7
```