**Dated: August 17, 2013**
**The following is SO ORDERED:**

_____
Paulette J. Delk
**UNITED STATES BANKRUPTCY JUDGE**

_____

```
                                                            IT508
               UNITED STATES BANKRUPTCY COURT
                WESTERN DISTRICT OF TENNESSEE

In re:                                           Chapter 13
SOLORES WOOTEN
Debtor(s)                                        Case No. 11-29759-D
SSN(1) XXX-XX-2709
```

## ORDER DIRECTING PRESENT EMPLOYER TO CHANGE DEDUCTIONS

In this matter, it appearing to the Court that an order has been entered changing the debtor's plan payments.

IT IS THEREFORE ORDERED:

That the debtor's employer SHELBY COUNTY BOARD OF EDUCATION change the deduction to $327.00 EVERY TWO WEEKS from the debtor's salary and forward same to the Chapter 13 Trustee, George W. Stevenson, 5350 Poplar Avenue, Suite 500, Memphis, Tennessee 38119-3699.

/S/ George W. Stevenson
Chapter 13 Trustee

CC:   George W. Stevenson

      SOLORES WOOTEN
      1004 GARLAND ST
      MEMPHIS, TN  38107

      TONI CAMPBELL PARKER ATTY

      SHELBY COUNTY BOARD OF EDUCATION
      160 HOLLYWOOD
      ATT:PAM MOTTLEY
      MEMPHIS, TN  38112